# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Yvonne Depew, | FILED ELECTRONICALLY |
| Plaintiff | |
| v. | |
| Immediate Credit Recovery, Inc., | |
| Defendant | |

## COMPLAINT

## I. Introduction

1.      This is an action for damages brought by an individual consumer for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* ("the Act") which prohibits debt collectors from engaging in abusive, unfair, and deceptive practices.

## II. Jurisdiction and Venue

2.      Jurisdiction of this Court is proper pursuant to 15 U.S.C. § 1692k(d), which permits an action under the Act to be brought in any court of competent jurisdiction.

3.      Venue in this district is proper in that Defendant transacts business here and the conduct complained of is alleged to have occurred here.

## III. Parties

4.      Plaintiff, Yvonne Depew, is a natural person residing at 64 Tirzah

Road, Union Dale, PA 18470.

5.      Defendant, Immediate Credit Recovery, Inc. (the Collector), is a

corporation engaged in the business of collecting debts in this state with a

place of business located at 169 Myers Corners Road, Suite 110, Wappingers

Falls, NY 12590 and is a "debt collector" as defined by the Act, 15 U.S.C.

§ 1692a(6).

## IV. Statement of Claim

6.      On or after June 2, 2010, the Collector began attempting to collect

an alleged account ("the Account") from Plaintiff.

7.      The Account is a "debt" as that term is defined by the Act, 15 U.S.C.

§ 1692a(5).

8.      The Collector regularly uses the telephone and mails to attempt to

collect consumer debts alleged to be due another.

9.      Between June 2, 2010 and July 7, 2010 the Collector caused at

least two telephone calls ("*the Calls*") to be placed to Plaintiff.

10.     During each of *the Calls*, the Collector left a message ("*the

Messages*") for Plaintiff.

11.     15 U.S.C. § 1692e(11) requires a debt collector to disclose that the communication is from a debt collector in each communication with a consumer.

12.     In each of *the Messages,* the Collector failed to disclose that the call was from a debt collector.

13.     *The Calls* and *the Messages* were attempts to collect the Account.

14.     Defendant violated the Act, 15 U.S.C. § 1692, subsection e(11).

WHEREFORE, Plaintiff demands judgment against Defendant for damages, costs, attorney's fees, and such other and further relief as the Court deems just and proper.

## V. Demand for Jury Trial

Plaintiff demands a trial by jury as to all issues so triable.

Respectfully Submitted,

<u>s/ Kenneth W. Pennington</u>
Kenneth W. Pennington
Bar Number PA 68353
Attorney for Plaintiff
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA  18512
Phone (570) 341-9000
Facsimile (570) 504-2769
Email kpecf@bankruptcypa.com